UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REGINALD L. GRANT, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> AMAZON.COM SERVICES LLC, § <br> § <br> *Defendant.* § | No. 3:24-CV-2311-X-BW |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 36). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DENIES** Grant's motion for leave to appeal in forma pauperis (Doc. 35) and **CERTIFIES**, pursuant to § 1915(a)(3), that Grant's appeal is not taken in good faith. Grant's previous motions for leave to appeal in forma pauperis (Docs. 30, 33) are **DENIED AS MOOT.**

**IT IS SO ORDERED** this 30th day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE